

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

**NOS. 02-12-00618-CR**
**02-12-00619-CR**
**02-12-00620-CR**
**02-12-00621-CR**

CHARLES CLEVELAND NOWDEN        APPELLANT

V.

THE STATE OF TEXAS        STATE

----------

FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Charles Cleveland Nowden attempts to appeal from his pro se "Motion to Remove False Information and a New Sentenc[]ing Trial" filed in each of his four cases. In each case, the trial court has not issued a ruling or an order regarding this pro se motion. *See* Tex. R. App. P. 26.2(a) (providing that a

---

[1]*See* Tex. R. App. P. 47.4.

criminal defendant may appeal when "the trial court enters an appealable order"). Also, there are no final judgments in trial court cause numbers 1080543D (our cause number 02-12-00618-CR), 1123416D (our cause number 02-12-00619-CR), and 1223861D (our cause number 02-12-00621-CR). *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (holding that we generally have jurisdiction to consider an appeal by a criminal defendant only when there has been a judgment of conviction). The remaining case, trial court cause number 1182411D and our cause number 02-12-00620-CR, was previously appealed to this court in our cause number 02-11-546-CR and transferred to the Seventh Court of Appeals; an opinion in that case issued on April 11, 2013, affirming Nowden's conviction. *See Nowden v. State*, No. 07-12-0037-CR, 2013 WL 1501786, at *1 (Tex. App.—Amarillo Apr. 11, 2013, no pet. h.); *see also State v. Patrick*, 86 S.W.3d 592, 594–96 (Tex. Crim. App. 2002) (orig. proceeding) (holding that a trial court's jurisdiction expires when a case becomes final or is taken to a higher court).

On January 9, 2013, we notified Nowden that these appeals could be dismissed for the above reasons unless he or any party desiring to continue the appeals filed a response on or before January 22, 2013, showing grounds for continuing the appeals. *See* Tex. R. App. P. 44.3. No response was filed. Accordingly, we dismiss these appeals. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

2

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  May 2, 2013